# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MAESHACK, | CV F 06 0065 AWI SMS P |
| Plaintiff, | |
| v. | ORDER DENYING MOTION FOR TRANSCRIPTS (Doc. 12.) |
| AVENAL STATE PRISON, et. al., | |
| Defendants. | |

Robert Maeshack ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On April 12, 2006, Plaintiff filed a pleading titled Motion for Transcripts wherein he requests that this Court issue an Order requiring that the Superior Court for Kings County provide Plaintiff with copies of transcripts submitted in his habeas case. Plaintiff states that the Superior Court is requiring him to pay $33.00 for the copies and that they are necessary to litigate the instant civil rights action. Further Plaintiff requests that this Court provide the Superior Court with the required funds of $33.00 and then add that amount to the $250.00 filing fee already

1

owed to this Court.

Plaintiff's request must be denied. The Federal Court system and the State Court system are two wholly separate courts. This Court cannot require the state court to provide documents unrelated to any pending action in this Court.[1] In addition, this Court cannot serve as a bank by paying Plaintiff's document fees to the state court and then adding that amount to the already outstanding filing fees owed to this Court. While the Court empathizes with Plaintiff and his financial predicament, there is simply no mechanism by which this Court can perform the actions requested by Plaintiff.

Accordingly, Plaintiff's request that this Court pay Plaintiff's document fees to the Superior Court of Kings County is DENIED.

IT IS SO ORDERED.

**Dated:   May 22, 2006**              /s/ Sandra M. Snyder
icido3                                              UNITED STATES MAGISTRATE JUDGE

---

[1] The Court recognizes that Plaintiff states these documents are needed to litigate the action pending in this Court. However, this is insufficient. Moreover, as the instant civil rights action is a federal action and the state action a habeas action, there is no relationship between the two wherein the Court would ordinarily have access to the state court documents to which Plaintiff refers. Even were that the case, this Court could not provide those documents to Plaintiff without payment of copy fees.